MARGARET H. KERR, as Administratrix of the Estate of THOMAS N. KERR, Deceased, Respondent, *v.* ST. LUKE'S HOSPITAL et al., Appellants.

Argued November 17, 1941; decided December 10, 1941.

*Rogers H. Bacon, Reginald V. Spell, Matthew E. Lawless* and *Edward D. Burns* for appellants.

*Samuel Silverman* and *Frank P. Luongo* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.